John D. Robertson, Appellant, v. Silver Springs & Western Railroad Company, Appellee.

(Supreme Court of Florida, *En Banc,* March 16, 1909.)

Appeal from Circuit Court, Marion county; William S. Bullock, Judge.

Davis & Martin, for Appellant.

H. M. Hampton, for Appellee.

This action was brought by the appellant against the appellee. There was an order adjudging the complainant to be guilty of contempt in violating an injunctional order and the complainant appeals. The appeal is dismissed on the authority of Florida Central & Peninsular

Railroad Co., *et al.*, v. James H. Williams *et al.*, 45 Fla 295.

---

Saint Paul Fire & Marine Insurance Company, a Corporation, Appellant, v. R. J. Evans, as Trustee in Bankruptcy of the Estate of R. E. Hightower and Gilbert Hartsfield, partners, lately doing business under the firm name of The Tallahassee Mercantile Company, *et al.*, Appellees.

(Supreme Court of Florida, *En Banc*, March 9, 1909.)

Appeal from Circuit Court, Leon county; John W. Malone, Judge.

George B. Perkins, for Appellant.

R. W. Williams, for Appellees.